No. 313. DOUGHERTY *v.* FLORIDA. October 14, 1940. Petition for writ of certiorari to the Supreme Court of

Florida, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. W. D. Bell* for petitioner. ▮